**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: scott@bursor.com
ltfisher@bursor.com
apersinger@bursor.com
ykrivoshey@bursor.com

*Attorneys for Plaintiff Justin Darisse*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAGEDORN, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEST LABS, INC.,<br><br>Defendant. | Case No. 3:14-cv-00755-JST<br><br>**ADMINISTRATIVE MOTION TO RELATE CASES**<br><br><br>The Honorable Jon S. Tigar |

| | |
|---|---|
| 1 | Pursuant to Northern District Local Rules 3-12 and 7-11, Plaintiff Justin Darisse moves for |
| 2 | consideration of whether *Darisse v. Nest Labs, Inc.*, Case No. 5:14-CV-01363-JSW filed on |
| 3 | March 25, 2014 is related to *Hagedorn v. Nest Labs, Inc.*, Case No. 3:14-CV-00755-JST filed on |
| 4 | February 19, 2014. |

Pursuant to Northern District Local Rules 3-12 and 7-11, Plaintiff Justin Darisse moves for consideration of whether *Darisse v. Nest Labs, Inc.*, Case No. 5:14-CV-01363-JSW filed on March 25, 2014 is related to *Hagedorn v. Nest Labs, Inc.*, Case No. 3:14-CV-00755-JST filed on February 19, 2014.

These actions may be related under Civil L.R. 3-12(a) because both actions concern Defendant Nest Labs, Inc.'s product the Nest Learning Thermostat. The two actions are brought as class actions on behalf of purchasers of the Nest Learning Thermostat in the United States. While the cases involve some similar and some different claims and issues, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if these cases are conducted before different judges. Therefore, the assignment of a single judge is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: March 28, 2014        **BURSOR & FISHER, P.A**.

By:  */s/ Annick M. Persinger*
　　　Annick M. Persinger

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: scott@bursor.com
　ltfisher@bursor.com
　apersinger@bursor.com
　ykrivoshey@bursor.com

*Attorneys for Plaintiff Justin Darisse*