**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: scott@bursor.com
ltfisher@bursor.com
apersinger@bursor.com
ykrivoshey@bursor.com

*Attorneys for Plaintiff Justin Darisse*

**DENIED WITHOUT PREJUDICE**
Judge Jon S. Tigar
Dated: April 2, 2014

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAGEDORN, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEST LABS, INC.,<br><br>Defendant. | Case No. 3:14-cv-00755-JST<br><br>**[PROPOSED] ORDER GRANTING MOTION TO RELATE CASES**<br><br>The Honorable Jon S. Tigar |
| JUSTIN DARISSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEST LABS, INC.,<br><br>Defendant. | Case No. 5:14-cv-01363-JSW |

| | |
|---|---|
| 1 | Having considered the Administrative Motion to Relate Cases pursuant to L.R. 3-12 and 7-11 filed by Plaintiff Justin Darisse in the above captioned cases and good cause showing, |
| 2 | |
| 3 | IT IS HEREBY ORDERED AS FOLLOWS: |
| 4 | *Darisse v. Nest Labs, Inc.*, Case No. 5:14-CV-01363-JSW filed on March 25, 2014 is related to *Hagedorn v. Nest Labs, Inc.*, Case No. 3:14-CV-00755-JST filed on February 19, 2014. |

Date:_____

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE
---

Having considered the Administrative Motion to Relate Cases pursuant to L.R. 3-12 and 7-11 filed by Plaintiff Justin Darisse in the above captioned cases and good cause showing,

IT IS HEREBY ORDERED AS FOLLOWS:

*Darisse v. Nest Labs, Inc.*, Case No. 5:14-CV-01363-JSW filed on March 25, 2014 is related to *Hagedorn v. Nest Labs, Inc.*, Case No. 3:14-CV-00755-JST filed on February 19, 2014.

Date:_____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE