1  PATRICK W. EMERY, ESQ., SB #061050
   ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
2  100 Stony Point Road, Suite 200 (95401)
   P.O. Box 1566
3  Santa Rosa, CA 95402-1566
   Telephone:   707-542-5050
4  Facsimile:   707-542-2589

5  BRETT EMISON, ESQ., *Pro Hac Vice*
   ADAM W. GRAVES, ESQ., *Pro Hac Vice*
6  PHYLLIS A. NORMAN, ESQ., *Pro Hac Vice*
   LANGDON & EMISON
7  911 Main Street
   P.O. Box 220
8  Lexington, MO 64067
   Telephone:   660-259-6175
9  Facsimile:   660-259-4571

10 ERIC L. DIRKS, ESQ., *Pro Hac Vice*
   WILLIAMS DIRKS DAMERON, LLC
11 1100 Main Street, Suite 2600
   Kansas City, MO 64105
12 Telephone:   816-876-2600
   Facsimile:   816-221-8763

13 ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAGEDORN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEST LABS, INC.,<br><br>Defendant. | Case No. 3:14-cv-00755-VC<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINE AND [PROPOSED] ORDER**<br><br>Date:     July 10, 2014<br>Time:     10:30 a.m.<br>Place:    Courtroom 4, 17th Floor<br>Judge:    Hon. Vince Chhabria<br><br>Complaint Filed: February 19, 2014 |

| | |
|---|---|
| 1 | Plaintiff Thomas Hagedorn ("Hagedorn") and Defendant Nest Labs, Inc. ("Nest"), by and |
| 2 | through their counsel, hereby jointly stipulate as follows: |

1. Defendant filed a Motion to Dismiss on May 16, 2014 and noticed it for hearing on July 10, 2014. Dkt. 30;
2. Pursuant to local rule, Plaintiff's Response to Defendant's Motion to Dismiss will be due on Friday, May 30, 2014;
3. Plaintiff's counsel has previous commitments in the two weeks following Defendant's submission of Defendant's Motion to Dismiss and requests an additional two weeks to file a response to Defendant's Motion to Dismiss;

Because of these time constraints, the parties stipulate and agree that Plaintiff shall have an additional two weeks, or until June 16, 2014, to file his Opposition to Defendant's Motion to Dismiss. The parties further stipulate and agree that Defendant's Reply will be due on June 26, 2014.

4. This is the same proposed briefing schedule that the parties included in their Case Management Statement.

**IT IS SO STIPULATED.**

WILLIAMS DIRKS DAMERON LLC

Dated: May 16, 2014

By: /s/ Eric Dirks
ERIC L. DIRKS

Attorneys for Plaintiff
Thomas Hagedorn


Dated: May 16, 2014

KEKER & VAN NEST LLP

By: /s/ Simona A. Agnolucci
BENEDICT Y. HUR
SIMONA A. AGNOLUCCI

Attorneys for Defendant
NEST LABS, INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 16, 2014

*/s/ Eric Dirks*
Eric Dirks

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable Vince Chhabria
Judge, United States District Court