KEKER & VAN NEST LLP
BENEDICT Y. HUR - # 224018
bhur@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant NEST LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAGEDORN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEST LABS, INC.,<br><br>Defendant. | Case No. 3:14-cv-00755-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:          May 23, 2014<br>Time:          10:30 a.m.<br>Place:          Courtroom 4, 17th Floor<br>Judge:         Hon. Vince Chhabria<br><br>Complaint Filed:  February 19, 2014 |

824970.01

Plaintiff Thomas Hagedorn ("Hagedorn") and Defendant Nest Labs, Inc. ("Nest"), by and through their counsel, hereby jointly stipulate as follows:

1.  WHEREAS the Court scheduled a case management conference for May 23, 2014, at 10:30 a.m.;

2.  WHEREAS lead counsel for Defendant Nest Labs, Inc. will be out of the country and unavailable on that day;

3.  The parties therefore stipulate and agree that the case management conference shall be continued to May 30, 2014, at 10:30 a.m., or until another time convenient for the Court.

**IT IS SO STIPULATED.**

Dated:  May 14, 2014                    KEKER & VAN NEST LLP


                                        By:   */s/ Simona A. Agnolucci*
                                              BENEDICT Y. HUR
                                              SIMONA A. AGNOLUCCI

                                              Attorneys for Defendant
                                              NEST LABS, INC.

Dated:  May 14, 2014                    LANGDON & EMISON


                                        By:   */s/ Phyllis Norman*
                                              PHYLLIS NORMAN

                                              Attorneys for Plaintiff
                                              THOMAS HAGEDORN


                              **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.


Dated:  May 14, 2014                    */s/ Simona A. Agnolucci*
                                        Simona A. Agnolucci

---

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:14-cv-00755-VC

1

**[PROPOSED] ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

Dated: May 19, 2014 _____                    _____

5

Honorable Vince Chhabria
Judge, United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

824970.01