PATRICK W. EMERY, ESQ., SB #061050
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200 (95401)
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone:   707-542-5050
Facsimile:   707-542-2589

BRETT EMISON, ESQ., *Pro Hac Vice*
ADAM W. GRAVES, ESQ., *Pro Hac Vice*
PHYLLIS A. NORMAN, ESQ., *Pro Hac Vice*
LANGDON & EMISON
911 Main Street
P.O. Box 220
Lexington, MO 64067
Telephone:   660-259-6175
Facsimile:   660-259-4571

ERIC L. DIRKS, ESQ., *Pro Hac Vice*
WILLIAMS DIRKS DAMERON, LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone:   816-876-2600
Facsimile:   816-221-8763

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAGEDORN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEST LABS, INC.,<br><br>Defendant. | Case No. 3:14-cv-00755-VC<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINE AND [PROPOSED] ORDER**<br><br>Date:     July 10, 2014<br>Time:    10:30 a.m.<br>Place:    Courtroom 4, 17th Floor<br>Judge:   Hon. Vince Chhabria<br><br>Complaint Filed: February 19, 2014 |

Plaintiff Thomas Hagedorn ("Hagedorn") and Defendant Nest Labs, Inc. ("Nest"), by and through their counsel, hereby jointly stipulate as follows:

1. Defendant filed a Motion to Dismiss on May 16, 2014 and noticed it for hearing on July 10, 2014. Dkt. 30;
2. Pursuant to local rule, Plaintiff's Response to Defendant's Motion to Dismiss will be due on Friday, May 30, 2014;
3. Plaintiff's counsel has previous commitments in the two weeks following Defendant's submission of Defendant's Motion to Dismiss and requests an additional two weeks to file a response to Defendant's Motion to Dismiss;

Because of these time constraints, the parties stipulate and agree that Plaintiff shall have an additional two weeks, or until June 16, 2014, to file his Opposition to Defendant's Motion to Dismiss. The parties further stipulate and agree that Defendant's Reply will be due on June 26, 2014.

4. This is the same proposed briefing schedule that the parties included in their Case Management Statement.

**IT IS SO STIPULATED.**

WILLIAMS DIRKS DAMERON LLC

Dated: May 16, 2014                By: /s/ Eric Dirks
                                       ERIC L. DIRKS

                                   Attorneys for Plaintiff
                                   Thomas Hagedorn

Dated: May 16, 2014                KEKER & VAN NEST LLP

                                   By: /s/ Simona A. Agnolucci
                                       BENEDICT Y. HUR
                                       SIMONA A. AGNOLUCCI

                                   Attorneys for Defendant
                                   NEST LABS, INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 16, 2014

*/s/ Eric Dirks*
Eric Dirks

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 19, 2014

Honorable Vince Chhabria
Judge, United States District Court