KEKER & VAN NEST LLP
BENEDICT Y. HUR - # 224018
bhur@kvn.com
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendant NEST LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAGEDORN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEST LABS, INC.,<br><br>Defendant. | Case No. 3:14-cv-00755-VC<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON JURISDICTIONAL ISSUES**<br><br>Judge:    Hon. Vince Chhabria<br><br>Complaint Filed:  February 19, 2014 |

1  Plaintiff Thomas Hagedorn ("Hagedorn") and Defendant Nest Labs, Inc. ("Nest"), by and through their counsel, hereby jointly stipulate as follows:

2.  1. WHEREAS the Court held a case management conference in this matter on May 30 at 10:00 a.m.  Following the conference, the Court ordered the parties to file a stipulation "regarding the contractual provision used in determining California law and choice of venue." The Court further instructed the parties to include a briefing schedule on the question of jurisdiction, if necessary.  The Court ordered the parties to note that the Motion to Dismiss noticed for hearing on July 10, 2014 is vacated, the briefing on that motion is stayed, and the hearing may be rescheduled at a later date.

2. The parties are unaware of any California choice of law provision that applies conclusively to the purchase of Mr. Hagedorn's Nest thermostat.

3. The parties further stipulate and agree that they shall submit simultaneous briefs on the question of jurisdiction to the Court no later than July 10, 2014, and that the matter shall be heard on July 31 at 10:00 a.m., or at another time that is convenient for the Court;

4. The parties further stipulate and agree that the Motion to Dismiss noticed for hearing on July 10, 2014 is vacated and may be rescheduled at a later date, and that the briefing on that motion is stayed.  The parties also agree to meet and confer regarding any impact this stipulation may have on other case deadlines.

IT IS SO STIPULATED.

Dated: June 9, 2014                                     KEKER & VAN NEST LLP

                                                        By:  /s/ Simona A. Agnolucci
                                                             BENEDICT Y. HUR
                                                             SIMONA A. AGNOLUCCI

                                                        Attorneys for Defendant
                                                        NEST LABS, INC.

Dated: June 9, 2014　　　　　　　　　　　　　　WILLIAMS DIRKS DAMERON LLC

　　　　　　　　　　　　　　　　　　　By:　*/s/ Eric L. Dirks*
　　　　　　　　　　　　　　　　　　　　　　ERIC L. DIRKS

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　THOMAS HAGEDORN

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: June 9, 2014　　　　　　　　　*/s/ Simona A. Agnolucci*
　　　　　　　　　　　　　　　　　　Simona A. Agnolucci

### [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:**

1. The parties shall submit simultaneous briefs on the question of jurisdiction no later than July 10, 2014.
2. The question of the Court's jurisdiction over this matter will be heard on July 31, 2014 at 10:00 a.m.
3. The Motion to Dismiss noticed for hearing on July 10, 2014 is vacated and may be rescheduled at a later date, and the briefing on that motion is stayed.

Dated: June 11, 2014

　　　　　　　　　　　　　　　　　　　Honorable Vince Chhabria
　　　　　　　　　　　　　　　　　　　Judge, United States District Court

2
JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON JURISDICTIONAL ISSUES
Case No. 3:14-cv-00755-VC

832353.01