# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 31, 2014 | **Time:** 10:00 | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.:** 14-cv-00755-VC | **Case Name:** Hagedorn v. Nest Labs, Inc. | |

**Attorney for Plaintiff:** Eric Dirks
**Attorney for Defendant:** Simona Agnolucci

**Deputy Clerk:** Kristen Melen          **FTR Recording:** 10:11- 10:41

## PROCEEDINGS:

Motion Hearing regarding Jurisdiction held.

## ORDER AFTER HEARING:

Plaintiff is granted leave to amend the complaint by no later than August 28, 2014. This is Plaintiff's last chance to amend the complaint. A Case Management Conference is scheduled for September 16, 2014, at 10:00 a.m. with an updated joint case management statement due no later than September 9, 2014. If the parties stipulate to a schedule or procedure regarding the direction of this case the matter may be taken off calendar. The Motion to Dismiss is still stayed.

## ORDER TO BE PREPARED BY:

[ ]    Plaintiff          [ ]    Defendant          [X]    Court