1  PATRICK W. EMERY, ESQ., SB #061050
   ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
2  100 Stony Point Road, Suite 200 (95401)
   P.O. Box 1566
3  Santa Rosa, CA 95402-1566
   Telephone:    707-542-5050
4  Facsimile:    707-542-2589

5  BRETT EMISON, ESQ., *Pro Hac Vice*
   ADAM W. GRAVES, ESQ., *Pro Hac Vice*
6  PHYLLIS A. NORMAN, ESQ., *Pro Hac Vice*
   LANGDON & EMISON
7  911 Main Street
   P.O. Box 220
8  Lexington, MO 64067
   Telephone:    660-259-6175
9  Facsimile:    660-259-4571

10 ERIC L. DIRKS, ESQ., *Pro Hac Vice*
   WILLIAMS DIRKS DAMERON, LLC
11 1100 Main Street, Suite 2600
   Kansas City, MO 64105
12 Telephone:    816-876-2600
   Facsimile:    816-221-8763

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAGEDORN, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEST LABS, INC.,<br><br>　　　　　Defendant. | Case No. 3:14-cv-00755-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a), Plaintiff hereby dismisses this case without prejudice. Defendant does not object to this filing.

{Notice of Voluntary Dismissal.docx }

DATED: August 20, 2014.  Respectfully submitted,

    /s/ Eric L. Dirks

ERIC L. DIRKS, ESQ., *Pro Hac Vice*
WILLIAMS DIRKS DAMERON, LLC


PATRICK W. EMERY, ESQ., SB #061050
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.


BRETT EMISON, ESQ., *Pro Hac Vice*
ADAM W. GRAVES, ESQ., *Pro Hac Vice*
PHYLLIS A. NORMAN, ESQ., *Pro Hac Vice*
LANGDON & EMISON

ATTORNEYS FOR PLAINTIFF

{Notice of Voluntary Dismissal.docx }